

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jason Glen Buckley, Appellant

No. 06-21-00129-CR         v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR20-333). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.  *Retired, Sitting by Assignment

      As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

      We note that the appellant, Jason Glen Buckley, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 1, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk